UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>ALFONZO WILLIAMS, AKA Fonz, AKA Relly; et al.,<br><br>        Defendants - Appellees. | No. 16-10109<br><br>D.C. No. 3:13-cr-00764-WHO-1<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Appellee's unopposed motion (Docket Entry No. 20) for an extension of time to file the answering brief is granted. The appellee's answering brief is due October 27, 2016; and the optional reply brief is due within 14 days after service of the last served answering brief.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Samantha Miller
Deputy Clerk
Ninth Circuit Rules 27-7 and 27-10